UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAYE THORNELL, | ) |
| Plaintiff, | ) CAUSE NO. 1:15-cv-02020-RLY-MPB |
| vs. | ) |
| IMC CREDIT SERVICES, LLC, | ) |
| Defendant. | ) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Kaye Thornell, by counsel and Defendant, IMC Credit Services, LLC, by counsel, jointly stipulate and move this Court to dismiss this cause of action against the Defendant with prejudice.

CONSUMER LAW PARTNERS, LLC                KIGHTLINGER & GRAY, LLP

*/s/ Nathan Volheim*                                       */s/ Peter A. Velde*
David S. Klain                                                   Peter A. Velde
Nathan Volheim                                              Attorney I.D. No.: 949-49
435 North Michigan Avenue, Suite 1609     One Indiana Square, Suite 300
Chicago, IL  60611                                          211 North Pennsylvania Street
Email:  davidklain@aol.com                          Indianapolis, IN  46204
Email:  nate.v@consumerlawpartners.com    Email:  pvelde@k-glaw.com

160074\3147439-1