UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAYE THORNELL, ) | |
| ) | |
| Plaintiff, ) | CAUSE NO. 1:15-cv-02020-RLY-MPB |
| ) | |
| vs. ) | |
| ) | |
| IMC CREDIT SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Plaintiff, Kaye Thornell, by counsel and Defendant, IMC Credit Services, LLC, by counsel, having filed with this Court their Joint Motion to Dismiss With Prejudice, and the Court having seen, examined and considered the motion, now

HEREBY ORDERS, ADJUDGES AND DECREES, this cause of action is dismissed with prejudice.

Dated: 2/11/2016

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**DISTRIBUTION:**

Peter A. Velde
KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204
Email: pvelde@k-glaw.com

David S. Klain
Nathan Volheim
CONSUMER LAW PARTNERS, LLC
435 North Michigan Avenue, Suite 1609
Chicago, IL 60611
Email: davidklain@aol.com
Email: nate.v@consumerlawpartners.com